# House of Dear Hair Salon LLC

## Profit and Loss
January - December 2023

|  | TOTAL |
|---|---:|
| Income | |
|   Salon Income | 1,845,233.24 |
|   Booth Rental | 38,800.06 |
|   Purchase Discounts | 4,030.35 |
|   Retail Product Sales | 160,249.10 |
|   **Total Salon Income** | **2,048,312.75** |
| **Total Income** | **$2,048,312.75** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | |
|     Eye Brow/Eye Lash Products | 602.38 |
|     Product- COGS | |
|       Arcona | 1,805.00 |
|       Deva Curl/Armstrong McCall | 2,398.82 |
|       Evolis | 5,079.00 |
|       Goldwell | 65,938.77 |
|       Hair Extensions | 8,184.01 |
|       House of Dear Products | 28,846.70 |
|       Innersense | 11,924.24 |
|       Keratin | 709.00 |
|       Princess Beauty | 1,478.09 |
|       Salon Guys | 513.19 |
|       Salon Service Group | 28,306.42 |
|       Simply Organic | 12,239.88 |
|     **Total Product- COGS** | **167,423.12** |
|   **Total Cost of Goods Sold** | **168,025.50** |
| **Total Cost of Goods Sold** | **$168,025.50** |
| **GROSS PROFIT** | **$1,880,287.25** |
| Expenses | |
|   Advertising and Promotion | 151.78 |
|     Art/Vendor Show Expenses | |
|     Artist/Vendor Commission | 2,854.58 |
|   **Total Art/Vendor Show Expenses** | **2,854.58** |
|     Facebook | 2.22 |
|   **Total Advertising and Promotion** | **3,008.58** |
|   Bank Charges | 747.32 |
|   Charitable Contributions | 325.00 |
|   Contract Labor | 16,550.04 |
|   Covid 19 - Expenses | 25.58 |

# House of Dear Hair Salon LLC

## Profit and Loss
January - December 2023

|  | TOTAL |
|---|---:|
| House of Dear Expenses | 783.04 |
|   House of Dear - Launch/Start Up | |
|     Dustin Lack | 3,000.00 |
|     Pixel Mongers | 650.00 |
|   **Total House of Dear - Launch/Start Up** | **3,650.00** |
|   Social Collab | 22,500.00 |
| **Total House of Dear Expenses** | **26,933.04** |
| Insurance | |
|   Auto Insurance | 6,584.30 |
|   Health Insurance | 638.99 |
|   Liability Insurance | 6,409.25 |
|   Life Insurance | 398.00 |
| **Total Insurance** | **14,030.54** |
| Interest Expense | 2,723.71 |
|   Auto Loan Interest | 379.05 |
|   HOD SBA Loan Interest | 10,624.21 |
|   SBA Loan Interest | 21,006.08 |
| **Total Interest Expense** | **34,733.05** |
| Legal and Prof Fees | 6,020.00 |
|   PixelMongers ( 484 ) | 3,050.00 |
|   Smacc Dab | 379.96 |
| **Total Legal and Prof Fees** | **9,449.96** |
| Meals and Entertainment | 1,612.08 |
| Melio Credit card fee | 0.00 |
| Office Expense and Misc | 1,089.39 |
|   Amazon | 332.10 |
|   Computer and Internet Expenses | 406.66 |
|     Apple | 1,285.61 |
|     Klaviyo | 2,830.56 |
|     Schedule Anyone | 3,370.00 |
|     Slack | 2,832.99 |
|   **Total Computer and Internet Expenses** | **10,725.82** |
|   Dues and Subscriptions | 528.08 |
|   Intuit | 5,991.99 |
|   Postage and Delivery | 19.30 |
|     UPS | 192.21 |
|   **Total Postage and Delivery** | **211.51** |
| **Total Office Expense and Misc** | **18,878.89** |

# House of Dear Hair Salon LLC

## Profit and Loss
January - December 2023

|  | TOTAL |
|---|---:|
| **Other Taxes** | |
|   Franchise Tax | 4,100.00 |
|   Sales Tax | 16,104.68 |
|   Taxes - Other | 1,368.81 |
| **Total Other Taxes** | **21,573.49** |
| **Payroll Expenses** | |
|   Company Contributions | |
|     Health Insurance | 15,475.14 |
|   **Total Company Contributions** | **15,475.14** |
|   Taxes | |
|     Federal Taxes (941/944) | 89,515.09 |
|     Federal Unemployment (940) | 1,357.60 |
|     TX Unemployment Tax | 7,230.99 |
|   **Total Taxes** | **98,103.68** |
|   Wages | 33,372.16 |
|     Employees- Salon | 776,305.27 |
|     Employees-Operations | 263,248.83 |
|     Owner Payments - HD | 165,000.00 |
|   **Total Wages** | **1,237,926.26** |
| **Total Payroll Expenses** | **1,351,505.08** |
| Product Research | 64.00 |
| Rent and Lease | 232,434.22 |
| Repairs and Maintenance | 14,717.05 |
| Salon Operating Expenses | 5,007.75 |
|   Business Licenses and Permits | 138.00 |
|   Client Beverages | 1,622.83 |
|   Continuing Education | 65.97 |
|   Green Circle Salon | 16,147.95 |
|   Housekeeping | 22,837.09 |
|   Merchant Account Fees | 48,024.10 |
|   Product Bags | 791.10 |
|   Supplies | 1,780.87 |
|     Color Supplies | 2,377.56 |
|     Sams | 4,478.78 |
|     Walgreens | 22.49 |
|     Walmart | 893.55 |
|   **Total Supplies** | **9,553.25** |
| **Total Salon Operating Expenses** | **104,188.04** |
| Travel Expense | 688.43 |

# House of Dear Hair Salon LLC

## Profit and Loss
January - December 2023

|  | TOTAL |
|---|---:|
| Utilities | 289.86 |
|   Electricity | 10,100.57 |
|   Internet - AT&T | 1,106.85 |
|   Internet/Phone/Cable - Spectrum | 5,666.66 |
|   IT Services | 8,202.65 |
|   Security | 2,753.98 |
|   Telephone | 4,201.15 |
| **Total Utilities** | **32,321.72** |
| **Total Expenses** | **$1,883,786.11** |
| NET OPERATING INCOME | $ -3,498.86 |
| NET INCOME | $ -3,498.86 |